COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        United Healthcare Services, Inc., United Healthcare Insurance Company, United Heathcare Benefits of Texas, Inc. and United Healthcare of Texas, Inc. v. Hortencia Luna Gonzales and River Oaks Emergency Center, LLC, St Michael's Emergency Center LLC, The Woodlands FEC LLC, Brian Orsak and Shannon Orsak, Jacob Varon, First Street Hospital LP, First Surgical LLC and First Surgical Partners Holding Inc. et al

Appellate case number:    01-17-00237-CV

Trial court case number:  2015-50785

Trial court:               269th District Court of Harris County

The clerk's record was filed on May 3, 2017. Appellees/cross-appellants filed motions to supplement the clerk's record on May 16, 2017 and June 28, 2017. These supplemental clerk's records have not been filed. The only supplemental clerk's record that has been filed is one filed on August 22, 2017 in response to the second request for a supplemental clerk's record. Appellees/cross-appellants contend they are unable to file their brief without the missing supplemental clerk's records. They also complain of lingering effects from the recent hurricane and have filed a motion to extend the deadline for filing their brief.

When relevant documents have been omitted from the clerk's record, the appellate court may direct the trial court clerk to prepare and file a supplemental clerk's record containing the omitted item. *See* TEX. R. APP. P. 34.5(c)(1).

The Harris County District Clerk is directed to file supplemental clerk's records **on or before October 16, 2017**, containing the items listed in the requests for supplemental clerk's records filed in the trial court on May 16, 2017 and June 28, 2017.

To the extent any of the allegedly omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement identifying those items that are not a part of the case file.

We further grant the motion for extension of time to file appellees/cross-appellants' brief until **November 8, 2017**. United's combined reply and response brief shall be due **December 8,**

**2017**. Appellees/cross-appellants' reply brief shall be due on **January 17, 2018**. No further extensions will be granted.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        ☑ Acting individually     ☐ Acting for the Court

Date:   September 21, 2017